UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL DE LA TORRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TODD M. LYONS, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-08998-JSC<br><br>**ORDER RE: NOTICE OF PETITION AND MOTION FOR TRO**<br><br>Re: Dkt. Nos. 1, 5. |

\\

\\

Before this Court is Petitioner's *Ex Parte* Motion for Temporary Restraining Order (Dkt. No. 5.) On October 19, 2025, Petitioner filed a Petition for Writ of Habeas Corpus, and on October 20, 2025, Petitioner filed an *Ex Parte* Motion for Temporary Restraining Order, against Respondents Acting Field Office Director Sergio Albarran, Acting Director of Immigration and Customs Enforcement Todd M. Lyons, Secretary of the Department of Homeland Security Kristi Noem, and United States Attorney General Pamela Bondi.  (Dkt. Nos. 1, 5.)

Counsel states they attempted to contact the Civil Division Chief at the U.S. Attorney's Office for the Northern District of California on October 20, 2025 and was told the Duty Attorney, Mr. Simmons, was not available to speak, so counsel left a voicemail. (Dkt. No. 5-1 ¶ 4.) Counsel "further advised Mr. Simmons that electronic service would be made of the Habeas Petition and the Motion for TRO to his email." But counsel does not attest that electronic service was made. (*Id.* ¶ 5).

Accordingly, the Court **ORDERS** Petitioner's Counsel to immediately serve a copy of the Petition and Motion for Temporary Restraining Order to Respondent's counsel, and to file a Proof of Service or a declaration confirming service. If service has already been done, then the Proof of

1  Service or declaration can explain when it was performed.

2  **IT IS SO ORDERED.**

3  Dated:

JACQUELINE SCOTT CORLEY
United States District Judge